■ In the Matter of GILBERT STUART GLOTZER, a Suspended Attorney. [610 NYS2d 767] —Motion granted and petitioner is reinstated as an attorney and counselor-at-law in the State of New York effective the date hereof. No opinion. Concur—Murphy, P. J., Ellerin, Wallach, Asch and Rubin, JJ.

■ In the Matter of JAMES HARRISON COHEN, a Disbarred Attorney. [610 NYS2d 768] —Petition for reinstatement or for an evidentiary hearing denied. Concur—Murphy, P. J., Ellerin, Kupferman, Asch and Tom, JJ.